UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Albert H. Schmidt, Jr.,                                              Civil No.  10-4899 MJD/AJB

      Plaintiff,

      v.                                                                 O R D E R

Michael J. Astrue,
*Commissioner of Social Security*,

      Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated November 18, 2011, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Summary Judgment [Docket No. 7] is **DENIED**

2. Defendant's Motion for Summary Judgment [Docket No. 13] is **GRANTED;**

3. Let judgment be entered accordingly.


DATED: December 6, 2011.                    s/Michael J. Davis
                                                 Michael J. Davis
                                                 Chief Judge
                                                 United States District Court